# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **3:23cv073**

TITLE **Betty Wade, et al v Keambriah Morgan, et al**

DATE **August 15, 2024**

TIMES **2:02 - 2:06**

Honorable: **Brian K. Epps, United States Magistrate Judge**
Courtroom Deputy: **Courtnay Capps**
Court Reporter: **FTR**

| Plaintiff | Defendant |
|---|---|
| Annie Prossnitz | Kirk Reid |
| | Amy Daugherty |

PROCEEDINGS: **Status Conference by Telephone**

☑ In Court
☐ In Chambers

NOTES:

Status conference by telephone held.
Discovery dispute resolved. Order to be entered regarding the motion to compel.