IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| BETTY WADE, as REPRESENTATIVE OF THE ESTATE OF DAVID HENEGAR, and DAVID JACOB HENEGAR,<br><br>    Plaintiffs,<br><br>v.<br><br>KEAMBRIAH MORGAN, et al.,<br><br>    Defendants. | CIVIL ACTION NO:<br>3:23-cv-00073-DHB-BKE<br><br>Hon. Dudley H. Bowen, Jr., District Judge<br><br>Hon. Brian K. Epps, Magistrate Judge |

## NOTICE OF APPEARANCE

Please take notice that Jessica L. Gardner of The Finley Firm, P.C., who has been admitted to this Court, hereby enters her appearance as attorney of record for Defendants Keambriah Morgan, Jessica Blount, Tamara Grier, Lakisha Franklin, Ella Mathis, Tracey Johnson McAfee, Shyra Taylor, Victor Rogers, Chabra Davis-Bragg, Donald Langdon, Antoine Caldwell, Edginald Gibbons, Timothy Ward, Aerial Tucker, and Chaquanta Johnson (collectively, "Defendants") in the above-captioned matter.

Respectfully submitted, this 4th day of February, 2025.

                                            */s/ Jessica L. Gardner*
                                            Jessica L. Gardner
                                            Georgia Bar No. 005811
                                            jgardner@TheFinleyFirm.com

                                            **THE FINLEY FIRM, P.C.**
                                            200 13th Street
                                            Columbus, GA 31901
                                            Phone: (706) 322-6226
                                            Fax:   (706) 322-6221
                                            *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on the date below I electronically filed the foregoing NOTICE OF APPEARANCE using the CM/ECF system which will send notification to all counsel of record.

This 4th day of February, 2025.

>*/s/ Jessica L. Gardner*
>Jessica L. Gardner
>Georgia Bar No. 005811
>jgardner@TheFinleyFirm.com
>
>**THE FINLEY FIRM, P.C.**
>200 13th Street
>Columbus, GA 31901
>Phone: (706) 322-6226
>Fax:   (706) 322-6221
>*Counsel for Defendants*